UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRIS EPPERSON,

    Plaintiff,

    v.

UNITED STATES, et al.,

    Defendants.

No. 2:22-cv-00744-TLN-DMC

**ORDER**

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 19, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 19, 2022, are ADOPTED IN FULL;

2. This action is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to enter judgment and close this file.

**DATED:  December 29, 2022**

　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　United States District Judge

2